1

2

O

FILED-SOUTHERN DIVISION
CLERK. U.S. DISTRICT COURT

SEP I 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15 | UNITED STATES OF AMERICA, ) CASE NO.   SA16-0438M

16 | Plaintiff, ) ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)

17 | v. ) (Allegations of Violations of Probation/
Supervised Release Conditions of

18 | ADAM AMADEO BATTANI ) Release)

19 | )

Defendant. )

20

On arrest warrant issued by a United States District Court involving alleged

21

violations of conditions of probation or Supervised Release,

22

The court finds no condition or combination of conditions that will

23

reasonably assure:

24

(A)   ( ✓ )   the appearance of defendant as required; and/or

25

(B)   ( )   the safety of any person or the community.

26

//

27

//

28

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submit_
_to detention._

(B)    ( )    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: September 15, 2016

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE